| | | | | |
|---|---|---|---|---|
| Frank v. Jamestown Condo ..... | 2642CD15 | 02/22/2017 | Allegheny County No. AR–11–008984 | Reversed and Remanded |
| Telford Boro v. Adcock ......... | 2730CD15 | 02/22/2017 | Montgomery County 12–16118 | Quashed |
| Babirad v. UCBR .............. | 1042CD16 | 02/22/2017 | Unemployment Compensation Board of Review B–590186 | Affirmed |
| Kennedy v. DHS .............. | 187CD16 | 02/24/2017 | Bureau of Hearings and Appeals, Department of Human Services 330082795–003 | Affirmed |
| Mehadi v. PBPP .............. | 239CD16 | 02/24/2017 | Board of Probation & Parole 114FA | Affirmed |
| Dobryk v. UCBR .............. | 364CD16 | 02/24/2017 | Unemployment Compensation Board of Review B–581938 | Vacated and Remanded |
| Vital Support Home Health Care v. UCBR ................... | 415CD16 | 02/24/2017 | Unemployment Compensation Board of Review B–587169 | Affirmed |
| Rodriguez v. UCBR ........... | 672CD16 | 02/24/2017 | Unemployment Compensation Board of Review B–587327 | Affirmed |
| A.,C. v. DHS ................... | 1050CD16 | 02/24/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–15–0910 | Affirmed |
| Turner v. Knight, Sgt. .......... | 1472CD16 | 02/24/2017 | Centre County 2014–3010 | Affirmed |
| Barrick v. UCBR.............. | 189CD16, 278CD16, 279CD16, 280CD16, 281CD16, 282CD16, 284CD16, 285CD16, 286CD16 | 02/27/2017 | Unemployment Compensation Board of Review B–585358 | Reversed and Remanded |
| Jones v. PBPP ................ | 1149CD15 | 02/28/2017 | Board of Probation & Parole 3208P | Affirmed |
| Cheek v. UCBR ................ | 621CD16 | 02/28/2017 | Unemployment Compensation Board of Review B–586475 | Affirmed |